IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00673-GCM

| | |
|---|---|
| BAKR ALI HIGGI,<br><br>     Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF STATE<br>U.S. EMBASSY IN CAIRO, EGYPT<br>HERRO MUSTAFA GARG<br>U.S. EMBASSY IN JERUSALEM<br>JACOB J. LEW<br>ANTONY BLINKEN,<br><br>     Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning James O. Hacking, III (Doc. No. 3).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Hacking is admitted to appear before this court *pro hac vice* on behalf of Plaintiff.

**IT IS SO ORDERED**.

Signed: July 24, 2024

Graham C. Mullen
United States District Judge